IN THE SUPREME COURT OF THE STATE OF DELAWARE

NUVASIVE, INC., a Delaware Corporation, §
§
§ No. 132, 2025
Plaintiff Below, §
Appellant, §
§ Court Below: Court of Chancery
§ of the State of Delaware
v. §
§ C.A. No. 2017-0720
PATRICK MILES, an individual, and ALPHATEC HOLDINGS, INC., a Delaware Corporation, §
§
§
§
Defendants Below, §
Appellees. §

Submitted: December 3, 2025
Decided: January 16, 2026

Before **SEITZ**, Chief Justice; **TRAYNOR and GRIFFITHS**, Justices.

## **ORDER**

This 16th day of January, 2026, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its August 16, 2024 Memorandum Opinion and January 31, 2025 Letter Opinion.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice